```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JULIO NUNEZ,

Defendant.

00 CR 121 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

Counsel for all parties are directed to appear before the undersigned for a conference on September 3, 2009 at 10:30 a.m. in Courtroom 12C at the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
July 16, 2009