UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff(s),

   -against-

JULIO NUNEZ,

        Defendant(s).
---------------------------------------------------------------x

00 CR. 00121 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    The conference scheduled for September 3, 2009 at 10:30 am before the undersigned is vacated. A conference has been scheduled for October 9, 2009 at 2:30 pm in Courtroom 12 C, 500 Pearl Street, New York, NY.

                                         P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
          August 21, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-09